UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, et al. | : | |
| | : | Civil Action No. 06-4125(FSH) |
| Plaintiff, | : | |
| v. | : | |
| ROXANNE LABORATORIES, INC. | : | |
| Defendant. | : | |
| NOVARTIS PHARMACEUTICALS CORPORATION, et al. | : | Civil Action No. 06-4178(FSH) |
| Plaintiff | : | |
| v. | : | |
| TARO PHARMACEUTICALS, et al. | : | |
| Defendant | : | |
| NOVARTIS PHARMACEUTICALS CORPORATION, et al. | : | Civil Action No. 06-4199(FSH) |
| Plaintiff | : | |
| v. | : | |
| BRECKENRIDGE PHARMACEUTICAL, INC. | : | |
| Defendant | : | |

|  |  |
|---|---|
| **NOVARTIS PHARMACEUTICALS CORPORATION, et al.** : : : : **Plaintiff** : : **v.** : : : **TEVA PHARMACEUTICALS USA, INC.** : : **Defendant** : : | Civil Action No. 06-4200(FSH) |

## ORDER ON INFORMAL APPLICATION

This matter having come before the Court by way of letter dated June 26, 2007, regarding the joint request to extend the deadline to raise unresolved discovery disputes to provide additional time to narrow the issues for which court-intervention may be needed; and it appearing that this extension will have no impact on other deadlines; and for good cause shown;

IT IS ON THIS 26th day of June, 2007

ORDERED that the deadline to raise unresolved discovery disputes in accordance with the Joint Letter Protocol set forth in paragraph 6 of the Order dated January 5, 2007 is extended until **July 10, 2007**; and

IT IS FURTHER ORDERED that all other terms of the Orders dated January 5, 2007 and May 16, 2007 shall remain in full force.

s/Patty Shwartz
UNITED STATES MAGISTRATE JUDGE