# FITZPATRICK, CELLA, HARPER & SCINTO
### 30 ROCKEFELLER PLAZA
### NEW YORK, NY 10112-3800
### 212-218-2100

FACSIMILE (212) 218-2200
WWW.FITZPATRICKCELLA.COM

HENRY J. RENK
DIRECT DIAL (212) 218-2230
E-MAIL hrenk@fchs.com

WASHINGTON OFFICE
975 F STREET, N.W.
WASHINGTON, D.C. 20004-1405
(202) 530-1010
FACSIMILE (202) 530-1055

CALIFORNIA OFFICE
650 TOWN CENTER DRIVE, SUITE 1600
COSTA MESA, CALIFORNIA 92626-7130
(714) 540-8700
FACSIMILE (714) 540-9823

July 27, 2007

By Facsimile

The Honorable Patty Shwartz
United States Magistrate Judge
U.S. District Court
Post Office Building & U.S. Courthouse
50 Walnut Street
Room 10
Newark, NJ 07102

**RECEIVED**
JUL 31 2007
WILLIAM T. WALSH, CLERK

Re: *Novartis et al. v. Roxane* (2:06-cv-04125 (FSH))
*Novartis et al. v. Taro et al.* (2:06-cv-04178 (FSH))
*Novartis et al. v. Breckenridge* (2:06-cv-04199 (FSH))
*Novartis et al. v. Teva et al.* (2:06-cv-04200 (FSH))

Dear Judge Shwartz:

Pursuant to the Court's Order filed July 20, 2007, Plaintiffs hereby propose the following protocol for searching for published materials referred to in patent applications and inventor files concerning particle size, food effect, and bioavailability of carbamazepine for the period between May 15, 1987 and May 2, 2006.

Plaintiffs propose to identify all United States and foreign patent applications (issued or abandoned) filed by any Novartis entity or by certain Novartis predecessors (*i.e.*, Ciba, Ciba-Geigy, and Sandoz) that relate to carbamazepine. Plaintiffs will review the files relating to all such applications, and will produce all non-privileged copies of published materials found therein that are dated between May 15, 1987 and May 2, 2006, and that relate to carbamazepine particle size, food effect or bioavailability. Plaintiffs expect that any such published materials would include those provided by inventors.

Respectfully submitted,

Henry J. Renk

Henry J. Renk

*[Handwritten annotation:]* and the court having been telephonically advised on 7/31/07 that all parties agree to this protocol, it is so ordered this 31st day of July 2007.
Patty Shwartz
Hon. Patty Shwartz

By facsimile: Counsel of Record