# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORP., NOVARTIS CORP., and NOVARTIS AG, ) ) ) Plaintiffs, ) v. ) ) ROXANE LABORATORIES, INC. ) ) Defendant. ) | Civil Action No: 2:06-cv-04125 (FSH) ✓ |
| NOVARTIS PHARMACEUTICALS CORP., NOVARTIS CORP., and NOVARTIS AG, ) ) ) Plaintiffs, ) v. ) ) TARO PHARMACEUTICALS U.S.A., INC. and TARO PHARMACEUTICAL INDUSTRIES LTD., ) ) Defendants. ) | Civil Action No: 2:06-cv-04178 (FSH) ✓ |
| NOVARTIS PHARMACEUTICALS CORP., NOVARTIS CORP., and NOVARTIS AG, ) ) ) Plaintiffs, ) v. ) ) BRECKENRIDGE PHARMACEUTICAL, INC. ) ) Defendant. ) | Civil Action No: 2:06-cv-04199 (FSH) ✓ |

154452 v1

|   |   |   |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORP., NOVARTIS CORP., and NOVARTIS AG,<br><br>    Plaintiffs,<br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No: 2:06-cv-04200 (FSH) |

### ORDER ON INFORMAL APPLICATION

This matter having come before the Court by way of request on behalf of all parties on July 31, 2007; and the Court having considered the request of the parties; and for good cause shown,

IT IS ON THIS 7th day of August, 2007

ORDERED that the deadline for the parties to submit any unresolved disputes concerning the production of samples be and hereby is extended to August 17, 2007 *at noon*

_____
PATTY SHWARTZ
UNITED STATES MAGISTRATE JUDGE

CH3 5827.1                                    2