UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NOVARTIS PHARMACEUTICALS CORPORATION, et al.** | |
| Plaintiff, | **Civil Action No. 06-4125(FSH)** |
| v. | |
| **ROXANNE LABORATORIES, INC.** | |
| Defendant. | |
| **NOVARTIS PHARMACEUTICALS CORPORATION, et al.** | **Civil Action No. 06-4178(FSH)** |
| Plaintiff | |
| v. | |
| **TARO PHARMACEUTICALS, et al.** | |
| Defendant | |
| **NOVARTIS PHARMACEUTICALS CORPORATION, et al.** | **Civil Action No. 06-4199(FSH)** |
| Plaintiff | |
| v. | |
| **BRECKENRIDGE PHARMACEUTICAL, INC.** | |
| Defendant | |

|  |  |
|---|---|
| **NOVARTIS PHARMACEUTICALS CORPORATION, et al.** : : : **Plaintiff** : : **v.** : : **TEVA PHARMACEUTICALS USA, INC.** : : **Defendant** : | **Civil Action No. 06-4200(FSH)** |

## ORDER ON INFORMAL APPLICATION

This matter having come before the Court by way of letters dated August 6, 2007, August 8, 2007 and August 9, 2007, regarding the plaintiff's request that the Court reconsider its Order dated July 23, 2007, directing the plaintiff to provide responses to the defendants' document demands seeking evidence of secondary considerations; and the Court having consider its Order, the arguments and submissions preceding the entry of the Order and these submissions; and for the reasons set forth in the Opinion delivered on the record on August 10, 2007;[1] and for good cause shown,

IT IS ON this 10th day of August, 2007

ORDERED the request for reconsideration is denied; and

IT IS FURTHER ORDERED that all terms of the Order dated July 23, 2007 shall remain in full force and effect.

s/Patty Shwartz
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties may order a transcript of the Opinion by contacting the transcription service.