# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORP., NOVARTIS CORP., and NOVARTIS AG, | |
| Plaintiffs, | Civil Action No: 2:06-cv-04125 (FSH) |
| v. | STIPULATIONS REGARDING SECONDARY CONSIDERATIONS |
| ROXANE LABORATORIES, INC. | |
| Defendant. | |
| NOVARTIS PHARMACEUTICALS CORP., NOVARTIS CORP., and NOVARTIS AG, | |
| Plaintiffs, | Civil Action No: 2:06-cv-04178 (FSH) |
| v. | STIPULATIONS REGARDING SECONDARY CONSIDERATIONS |
| TARO PHARMACEUTICALS U.S.A., INC. and TARO PHARMACEUTICAL INDUSTRIES LTD., | |
| Defendants. | |
| NOVARTIS PHARMACEUTICALS CORP., NOVARTIS CORP., and NOVARTIS AG, | |
| Plaintiffs, | Civil Action No: 2:06-cv-04199 (FSH) |
| v. | STIPULATIONS REGARDING SECONDARY CONSIDERATIONS |
| BRECKENRIDGE PHARMACEUTICAL, INC. | |
| Defendant. | |
| NOVARTIS PHARMACEUTICALS CORP., NOVARTIS CORP., and NOVARTIS AG, | |
| Plaintiffs, | Civil Action No: 2:06-cv-04200 (FSH) |
| v. | STIPULATIONS REGARDING SECONDARY CONSIDERATIONS |
| TEVA PHARMACEUTICALS USA, INC. | |
| Defendant. | |

**STIPULATIONS REGARDING SECONDARY CONSIDERATIONS**

1. Whereas, Novartis asserts the secondary consideration of unexpected results in this case, but it does not assert, and commits not to rely on, any other objective indicium of non-obviousness in this case;

2. Whereas, defendants' document requests seek Novartis documents relating to unasserted secondary considerations and, e.g., "all" Novartis documents concerning the sales and marketing of "any" oxcarbazepine product;

3. Whereas, Novartis has represented to defendants that defendants' document requests call for the production of millions of pages of Novartis documents; and

4. Whereas, the parties have discussed, and have agreed to, a stipulation in lieu of the production of Novartis documents responsive to defendants' document requests;

NOW THEREFORE, the parties, through their counsel, hereby agree and stipulate as follows:

A. For purposes of this action only, there was no skepticism or doubt expressed about the subject matter claimed in the '525 patent.

B. For purposes of this action only, there was no long-felt need met by any subject matter claimed in the '525 patent.

C. For purposes of this action only, there was no commercial success of any product embodying any subject matter claimed in the '525 patent.

D. For purposes of this action only, there was no failure of others to develop a product embodying any subject matter claimed in the '525 patent.

E. For purposes of this action only, there were no awards, praise, recognition or honors received by Novartis concerning any subject matter claimed in the '525 patent.

F.    For purposes of this action only, there has been no teaching away from the subject matter claimed in the '525 patent.

G.    Nothing in the foregoing paragraphs A through F would preclude Novartis from presenting evidence relevant to its asserted unexpected results of color stability and avoidance of food effect attributable to the subject matter claimed in the '525 patent.

Dated: September 26, 2007

<div style="display:flex">

s/ Henry J. Renk
Attorneys for Plaintiffs Novartis
Pharmaceuticals Corporation,
Novartis Corporation and
Novartis AG

William O'Shaughnessy
Andrew T. Berry
Nicole Corona
McCARTER & ENGLISH
Four Gateway Center
100 Mulberry St.
Newark, New Jersey 07102
(973) 622-4444

Henry J. Renk
Nicholas N. Kallas
Tara A. Byrne
FITZPATRICK, CELLA, HARPER
& SCINTO
30 Rockefeller Plaza
New York, NY 10112-3801
(212) 218-2100

s/ Mark S. Olinsky
Attorneys for Defendant
Roxane Laboratories, Incorporated
Mark S. Olinsky
HoeChin Kim

SILLS CUMMIS
EPSTEIN & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
(973) 643-7000

Marta E. Gross
Donny Vermut
Michael B. Cottler
(admitted *pro hac vice*)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Forrest A. Hainline III
Nicole E. Perroton
(admitted *pro hac vice*)
GOODWIN PROCTER LLP
101 California Street, Suite 1850
San Francisco, CA 94111
(415) 733-6000

</div>

        s/Paul H. Kochanski
        Attorneys for Defendants Taro
        Pharmaceuticals U.S.A., Inc. and
        Taro Pharmaceutical Industries Ltd.

        Paul H. Kochanski (PK 0817)
        Samantha Hanley
        LERNER, DAVID, LITTENBERG,
        KRUMHOLZ & MENTLIK, LLP
        600 South Avenue West
        Westfield, NJ 07090-1497
        Tel: 908.654.5000
        Fax: 908.654.7866


        /s C. Randolph Ross
        Attorneys for Defendant
        Breckenridge

        Christopher C. Humphrey (CH 9551)
        BUCHANAN INGERSOLL &
        ROONEY, PC
        550 Broad Street, Suite 810
        Newark, NJ 07102-4582
        Telephone: (973) 273-9800
        Fax: (973) 273-9430

        Of Counsel:
        Charles R. Bruton
        Teresa Stanek Rea
        BUCHANAN INGERSOLL &
        ROONEY, PC
        1737 King Street Suite 500
        Alexandria, VA 22314
        Telephone: (703) 836-6620
        Fax: (703) 836-2021

        C. Randolph Ross
        BUCHANAN INGERSOLL &
        ROONEY, PC
        1835 Market Street, 14th Floor
        Philadelphia, PA 19103-2985
        Telephone: (215) 665-8700
        Fax: (215) 665-8760

5

        s/ Jordan A. Sigale
        Attorneys for Defendant
        Teva Pharmaceuticals USA Inc

Jordan A. Sigale
Loeb & Loeb LLP
321 North Clark Street
Suite 2300
Chicago, IL 60610-4746

Allyn Z. Lite
Michael E. Patunas
LITE DEPALMA GREENBERG &
RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858