UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, et al.<br><br>Plaintiff,<br>v.<br><br>ROXANNE LABORATORIES, INC.<br><br>Defendant. | Civil Action No. 06-4125(FSH) |
| NOVARTIS PHARMACEUTICALS CORPORATION, et al.<br><br>Plaintiff<br>v.<br><br>TARO PHARMACEUTICALS, et al.<br><br>Defendant | Civil Action No. 06-4178(FSH) |
| NOVARTIS PHARMACEUTICALS CORPORATION, et al.<br><br>Plaintiff<br>v.<br><br>BRECKENRIDGE PHARMACEUTICAL, INC.<br><br>Defendant | Civil Action No. 06-4199(FSH) |

|  |  |
|---|---|
| **NOVARTIS PHARMACEUTICALS CORPORATION, et al.** : : : **Plaintiff** : : v. : : **TEVA PHARMACEUTICALS USA, INC.** : : **Defendant** : : | Civil Action No. 06-4200(FSH) |

### ORDER ON INFORMAL APPLICATION

This matter having come before the Court by way of letter dated September 28, 2007, regarding Teva's request to extend the deadline to produce its sample; and the Court having considered the letter; and the Court being advised that the plaintiffs do not oppose this request; and for good cause shown,

IT IS on this 28th day of September, 2007

ORDERED that, no later than **October 9, 2007,** Teva shall provide samples of its product to the plaintiffs.     .

s/Patty Shwartz
UNITED STATES MAGISTRATE JUDGE